| | |
|---|---|
| 1 | SETAREH LAW GROUP |
| | Shaun Setareh, Bar No. 204514 |
| 2 | shaun@setarehlaw.com |
| | Thomas Segal, Bar No. 222791 |
| 3 | thomas@setarehlaw.com |
| | 9454 Wilshire Boulevard, Suite 907 |
| 4 | Beverly Hills, CA 90212 |
| | Tel: +1.310.888.7771 |
| 5 | Fax: +1.310.888.0109 |
| 6 | Attorneys for Plaintiff |
| | JOSEPH L. SCHOFIELD |
| 7 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | Robert Jon Hendricks, SBN 179751 |
| | rj.hendricks@morganlewis.com |
| 9 | Maureen N. Beckley, SBN 316754 |
| | maureen.beckley@morganlewis.com |
| 10 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1596 |
| 11 | Tel: +1.415.442.1000 |
| | Fax: +1.415.442.1001 |
| 12 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | Andrew P. Frederick, SBN 284832 |
| | andrew.frederick@morganlewis.com |
| 14 | 1400 Page Mill Road |
| | Palo Alto, CA 94304 |
| 15 | Tel: +1.650.843.4000 |
| | Fax: +1.650.843.4001 |
| 16 | |
| 17 | Attorneys for Defendant |
| | DELTA AIR LINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00382-EMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM APRIL 24, 2018 TO JUNE 19, 2018; [PROPOSED] ORDER**<br><br>Dept.: Courtroom 5, 17th Floor<br>Judge: Hon. Edward Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

The following is hereby stipulated and agreed, by and among the parties, Plaintiff Joseph L. Schofield ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta") (collectively, the "Parties").

WHEREAS, on October 17, 2017, Plaintiff filed this action against Delta in the Superior Court of California, County of San Francisco, alleging claims for relief under the federal Fair Credit Reporting Act on behalf of a putative nationwide class and related California state law claims on behalf of putative California classes;

WHEREAS, on December 18, 2017, Delta was served with the Summons and Complaint;

WHEREAS, on January 17, 2018, Delta removed the case to this Court on the basis of federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367;

WHEREAS, the Initial Case Management Conference is set for April 24, 2018 at 9:30 a.m.;

WHEREAS, the Parties are exploring potential resolution of this case and would like to focus their energies on attempting to resolve the case over the next approximately sixty (60) days, without incurring the costs of formal discovery or motion practice;

WHEREAS, Plaintiff agrees that he will use his best efforts to appear for his deposition by May 18, 2018, but in any event will appear for his deposition no later than June 18, 2018. The Parties agree to cooperate in selecting a mutually convenient date for Plaintiff's deposition. The parties agree to produce documents relevant to their claims and defenses at least two (2) days in advance of Plaintiff's scheduled deposition.

WHEREAS, two days in advance of Plaintiff's deposition, Delta agrees to provide Plaintiff with the following documents and information: exemplars of the Fair Credit Reporting Act disclosure and consent forms Delta has presented to putative class members since October 17, 2012, the approximate time periods when Delta has used each form(s) since October 17, 2012, and the total number of putative class members applicable to each form since October 17, 2012;

WHEREAS, Plaintiff agrees that the time for Delta to respond to the discovery requests Plaintiff has propounded in this case, absent some other agreement by the Parties, will be suspended from the date the Parties sign this stipulation through and including fourteen (14)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

calendar days after Plaintiff's deposition;

WHEREAS, Delta intends to file a motion to transfer venue under 28 U.S.C. § 1404(a) from this Court to the United States District Court, Northern District of Georgia, on the grounds that litigating this action in the Northern District of Georgia is more convenient for the parties and the witnesses and furthers the interest of justice, a request which Plaintiff opposes;

WHEREAS, Delta has agreed to postpone filing its motion to transfer venue until after the Parties explore potential resolution of this case and Plaintiff represents and agrees that through this postponement Delta is not waiving or abandoning any arguments it has that the case should be transferred to the USDC, Northern District of Georgia, and Plaintiff further represents and agrees that he will not use this postponement against Delta if it later files its motion to transfer venue;

WHEREAS, to facilitate potential resolution of this case and conserve the Parties' and the Court's resources, the Parties agree that the Court should continue the initial case management conference from April 24, 2018 to June 19, 2018;

WHEREAS, the Parties agree that they will file a joint case management conference statement by June 12, 2018, and that the initial case management conference should be continued to June 19, 2018;

THEREFORE, the Parties, by and through their counsel of record, hereby stipulate to the above and request that the Court continue the Initial Case Management Conference from April 24, 2018 to June 19, 2018 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: April 18, 2018        SETAREH LAW GROUP

By: */s/ Shaun Setareh*
Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

Dated: April 18, 2018        MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
Robert Jon Hendricks
Andrew P. Frederick
Attorneys for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' Stipulation, and for good cause appearing, the Court hereby grants |
| 3 | the Parties' stipulation.  The Parties shall file a Joint Case Management Conference Statement by |
| 4 | June 12, 2018, and the Initial Case Management Conference shall be continued from April 24, |
| 5 | 2018 at 9:30 a.m. to June ~~19~~ 21, 2018 at 1:~~30 p.m.~~ 9:30 a.m. |
| 6 | **IT IS SO ORDERED.** |
| 8 | Dated: 4/19/2018         THE HON. _____ CHEN |
| 9 |                                               U.S. NOR_____ T JUDGE |

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

## FILER'S ATTESTATION

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Stipulation to Continue Initial Case Management Conference from April 24, 2018 to June 19, 2018 and [Proposed] Order on behalf of Plaintiff Joseph L. Schofield and Defendant Delta Air Lines, Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiff's counsel concurs in this filing.

Dated: April 18, 2018                                  MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
Robert Jon Hendricks
Andrew P. Frederick
Attorneys for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)