SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
shaun@setarehlaw.com
Thomas Segal, Bar No. 222791
thomas@setarehlaw.com
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel:   +1.310.888.7771
Fax:   +1.310.888.0109

Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

MORGAN, LEWIS & BOCKIUS LLP
Robert Jon Hendricks, SBN 179751
rj.hendricks@morganlewis.com
Maureen N. Beckley, SBN 316754
maureen.beckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, SBN 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00382-EMC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM JUNE 21, 2018 TO AUGUST 30, 2018; [PROPOSED] ORDER**<br><br>Dept.:   Courtroom 5, 17th Floor<br>Judge:   Hon. Edward Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

DB1/ 97951189.1

| | |
|---|---|
| 1 | The following is hereby stipulated and agreed, by and among the parties, Plaintiff Joseph |
| 2 | L. Schofield ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta") (collectively, the |
| 3 | "Parties"). |
| 4 | WHEREAS, on October 17, 2017, Plaintiff filed this action against Delta in the Superior |
| 5 | Court of California, County of San Francisco, alleging claims for relief under the federal Fair |
| 6 | Credit Reporting Act on behalf of a putative nationwide class and related California state law |
| 7 | claims on behalf of putative California classes; |
| 8 | WHEREAS, on December 18, 2017, Delta was served with the Summons and Complaint; |
| 9 | WHEREAS, on January 16, 2018, Delta filed its Answer to the Complaint; |
| 10 | WHEREAS, on January 17, 2018, Delta removed the case to this Court on the basis of |
| 11 | federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 |
| 12 | U.S.C. § 1367; |
| 13 | WHEREAS, the Parties are exploring potential early resolution of this case and on April |
| 14 | 18, 2018, submitted a stipulation requesting continuance of the Initial Case Management |
| 15 | Conference from April 24, 2018 to June 19, 2018 (ECF No. 11); |
| 16 | WHEREAS, on April 19, 2018, the Court granted the Parties' stipulation as modified by |
| 17 | its order and continued the Initial Case Management Conference to June 21, 2018 at 9:30 a.m. |
| 18 | (ECF No. 14); |
| 19 | WHEREAS, on that same day, the Court amended its order and continued the Initial Case |
| 20 | Management Conference to June 21, 2018 at 9:30 a.m., ordered private mediation to be |
| 21 | completed by August 17, 2018, and required the Parties to report to the Court within thirty days |
| 22 | of the amended order the name of the mediator and date for the mediation (ECF No. 15); |
| 23 | WHEREAS, the Parties have agreed to private mediation with mediator Steven J. |
| 24 | Rottman, Esq., on August 16, 2018, and reported this information to the Court on May 17, 2018 |
| 25 | (ECF No. 16); |
| 26 | /// |
| 27 | /// |
| 28 | /// |

WHEREAS, to facilitate a productive mediation, the Parties have agreed to the following limited discovery:

- Plaintiff agrees to appear for his deposition on July 17, 2018. The Parties agree to produce documents relevant to their claims and defenses in advance of Plaintiff's scheduled deposition by July 10, 2018; and
- Two days in advance of Plaintiff's deposition, Delta agrees to provide Plaintiff with the following documents and information: exemplars of the Fair Credit Reporting Act disclosure and consent forms Delta has presented to putative class members since October 17, 2012, the approximate time periods when Delta has used each form(s) since October 17, 2012, and the total number of putative class members applicable to each form since October 17, 2012;

WHEREAS, Plaintiff agrees that the time for Delta to respond to the discovery requests Plaintiff has propounded in this case, absent some other agreement by the Parties, will continue to be suspended through and including thirty (30) calendar days after the date the Parties complete private mediation with Mr. Rottman;

WHEREAS, Delta intends to file a motion to transfer venue under 28 U.S.C. § 1404(a) from this Court to the United States District Court, Northern District of Georgia, on the grounds that litigating this action in the Northern District of Georgia is more convenient for the parties and the witnesses and furthers the interest of justice, a request which Plaintiff opposes;

WHEREAS, Plaintiff represents and agrees that by participating in an early mediation of the case Delta is not waiving or abandoning any arguments it has that the case should be transferred to the USDC, Northern District of Georgia, and Plaintiff further represents and agrees that he will not use Delta's participation in an early mediation against it if it later files its motion to transfer venue;

WHEREAS, to conserve the Parties' and the Court's resources, the Parties agree that the Court should continue the initial case management conference from June 21, 2018, to August 30, 2018, which is two weeks after the date the Parties will be participating in private mediation;

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 97951189.1

2

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

WHEREAS, the Parties agree that they will file a joint case management conference statement by August 23, 2018, and that the initial case management conference should be continued to August 30, 2018;

THEREFORE, the Parties, by and through their counsel of record, hereby stipulate to the above and request that the Court continue the Initial Case Management Conference from June 21, 2018 to August 30, 2018 at 9:30 a.m.

**IT IS SO STIPULATED.**

Dated: June 14, 2018                  SETAREH LAW GROUP

By: */s/ Shaun Setareh*
    Shaun Setareh
    Thomas Segal
    Attorneys for Plaintiff
    JOSEPH L. SCHOFIELD

Dated: June 14, 2018                  MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
    Robert Jon Hendricks
    Andrew P. Frederick
    Attorneys for Defendant
    DELTA AIR LINES, INC.

## **ORDER**

Pursuant to the Parties' Stipulation, and for good cause appearing, the Court hereby grants the Parties' stipulation. The Parties shall file a Joint Case Management Conference Statement by August 23, 2018, and the Initial Case Management Conference shall be continued from June 21, 2018 at 9:30 a.m. to ~~August 30, 2018~~ Sept. 6, 2018 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 6/18/18

THE HONORABLE EDWARD M. CHEN
U.S. NORTHERN DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

3

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

DB1/ 97951189.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

## FILER'S ATTESTATION

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Stipulation to Continue Initial Case Management Conference from June 21, 2018 to August 30, 2018, and [Proposed] Order on behalf of Plaintiff Joseph L. Schofield and Defendant Delta Air Lines, Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiff's counsel concurs in this filing.

Dated: June 14, 2018                    MORGAN, LEWIS & BOCKIUS LLP


By: */s/ Andrew P. Frederick*
    Robert Jon Hendricks
    Andrew P. Frederick
    Attorneys for Defendant
    DELTA AIR LINES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 97951189.1

4

STIP TO CONTINUE INITIAL CMC;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)