1  SETAREH LAW GROUP
   Shaun Setareh, Bar No. 204514
2  shaun@setarehlaw.com
   Thomas Segal, Bar No. 222791
3  thomas@setarehlaw.com
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, CA 90212
   Tel:   +1.310.888.7771
5  Fax:   +1.310.888.0109

6  Attorneys for Plaintiff
   JOSEPH L. SCHOFIELD
7

   MORGAN, LEWIS & BOCKIUS LLP
8  Robert Jon Hendricks, SBN 179751
   rj.hendricks@morganlewis.com
9  Maureen N. Beckley, SBN 316754
   maureen.beckley@morganlewis.com
10 One Market, Spear Street Tower
   San Francisco, CA  94105-1596
11 Tel:   +1.415.442.1000
   Fax:   +1.415.442.1001
12
   MORGAN, LEWIS & BOCKIUS LLP
13 Andrew P. Frederick, SBN 284832
   andrew.frederick@morganlewis.com
14 1400 Page Mill Road
   Palo Alto, CA  94304
15 Tel:   +1.650.843.4000
   Fax:   +1.650.843.4001
16
   Attorneys for Defendant
17 DELTA AIR LINES, INC.

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20 | | |
   |---|---|
21 | JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated, | Case No. 3:18-cv-00382-EMC |
22 | Plaintiff, | **STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DELTA'S MOTION FOR SUMMARY JUDGMENT AND SET SCHEDULE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER** |
23 | vs. | |
24 | DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | |
25 | | |
26 | Defendants. | Dept.:  Courtroom 5, 17th Floor<br>Judge:  Hon. Edward Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP REGARDING CASE SCHEDULE;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

DB1/ 99758462.1

The following is hereby stipulated and agreed, by and among the parties, Plaintiff Joseph L. Schofield ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta") (collectively, the "Parties"):

WHEREAS, on January 17, 2018, Delta removed the case to this Court on the basis of federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367;

WHEREAS, on August 16, 2018, the Parties attended a full day private mediation with mediator Steven Rottman, Esquire;

WHEREAS, the Parties did not reach a settlement at the mediation, but through subsequent settlement discussions have reached a settlement in principle to resolve the claims in this case on a classwide basis;

WHEREAS, the Parties anticipate needing three to four weeks to prepare and execute a long-form class action settlement agreement;

WHEREAS, Plaintiff anticipates needing two to three weeks after the Parties execute a settlement agreement to prepare and file his motion for preliminary approval of class action settlement;

WHEREAS, the Parties agree that the Court should vacate the Initial Case Management Conference set for October 1, 2018 at 1:30 p.m. and the hearing on Delta's Motion for Summary Judgment set for October 25, 2018 at 1:30 p.m.;

WHEREAS, the Parties further agree that Plaintiff will file his motion for preliminary approval of class action settlement by November 8, 2018, and will notice the hearing on the preliminary approval motion for December 13, 2018 at 1:30 p.m.;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, and subject to Court approval, as follows:

1. The Initial Case Management Conference set for October 1, 2018 at 1:30 p.m. should be vacated;

2. The hearing on Delta's Motion for Summary Judgment set for October 25, 2018 at

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 99758462.1

1

STIP REGARDING CASE SCHEDULE; [PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)

1:30 p.m. should be vacated;

3. Plaintiff will file his motion for preliminary approval of class action settlement by November 8, 2018; and

4. The hearing on Plaintiff's motion for preliminary approval of class action settlement will be set for December 13, 2018 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: September 25, 2018                SETAREH LAW GROUP

By: */s/ Shaun Setareh*
Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

Dated: September 25, 2018                MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
Robert Jon Hendricks
Andrew P. Frederick
Attorneys for Defendant
DELTA AIR LINES, INC.

## **ORDER**

Pursuant to the Parties' Stipulation, and for good cause appearing, the Court hereby grants the Parties' stipulation. The Initial Case Management Conference set for October 1, 2018 at 1:30 p.m. and the hearing on Delta's Motion for Summary Judgment set for October 25, 2018 at 1:30 p.m. are hereby vacated. Plaintiff shall file his motion for preliminary approval of class action settlement by November 8, 2018, and the hearing on the motion for preliminary approval of class action settlement is hereby set for December 13, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 26, 2018

THE HONORABLE EDWARD M. CHEN
U.S. NORTHERN DISTRICT COURT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 99758462.1

2

STIP REGARDING CASE SCHEDULE;
[PROPOSED] ORDER
(CASE NO. 3:18-CV-00382-EMC)