SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
shaun@setarehlaw.com
Thomas Segal, Bar No. 222791
thomas@setarehlaw.com
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel:   +1.310.888.7771
Fax:   +1.310.888.0109

Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

MORGAN, LEWIS & BOCKIUS LLP
Robert Jon Hendricks, SBN 179751
rj.hendricks@morganlewis.com
Maureen N. Beckley, SBN 316754
maureen.beckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, SBN 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00382-EMC<br><br>**STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND THE HEARING ON THE MOTION; [PROPOSED] ORDER**<br><br>Dept.:   Courtroom 5, 17th Floor<br>Judge:   Hon. Edward Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 100432034.2

STIP REGARDING PRELIMINARY
APPROVAL MOTION;
[PROPOSED] ORDER
(CASE NO. 3:18-cv-00382-EMC)

The following is hereby stipulated and agreed, by and among the parties, Plaintiff Joseph L. Schofield ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta") (collectively, the "Parties"):

WHEREAS, on August 16, 2018, the Parties attended a full day private mediation with mediator Steven Rottman, Esquire;

WHEREAS, the Parties did not reach a settlement at the mediation, but through subsequent settlement discussions reached a settlement to resolve the claims in this case on a classwide basis;

WHEREAS, the Parties have executed a settlement memorandum of understanding and are working on preparing and executing a long-form class action settlement agreement;

WHEREAS, the deadline for Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement is November 8, 2018 with the hearing on the Motion set for December 13, 2018 at 1:30 p.m.;

WHEREAS, the Parties have been working diligently to prepare and execute a long-form settlement agreement and preliminary approval motion, but need additional time to finalize and execute the agreement and for Plaintiff to finalize and file his Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, Plaintiff's counsel is unavailable for a hearing on December 20, 2018, January 3, 2019, or January 10, 2019, and the Court is unavailable on December 28, 2018; as such, the Parties have agreed on January 17, 2019 for the hearing on Plaintiff's Motion for Preliminary Approval;

WHEREAS, the Parties agree that the deadline for Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement should be continued from November 8, 2018, to December 13, 2018, and that the hearing on the Motion for Preliminary Approval should be continued from December 13, 2018 at 1:30 p.m. to January 17, 2019 at 1:30 p.m.;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, and subject to Court approval, as follows:  The deadline for Plaintiff to file his

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 100432034.2

1

STIP REGARDING PRELIMINARY
APPROVAL MOTION;
[PROPOSED] ORDER
(CASE NO. 3:18-cv-00382-EMC)

Motion for Preliminary Approval of Class Action Settlement will be continued from November 8, 2018, to December 13, 2018, and that the hearing on the Motion for Preliminary Approval will be continued from December 13, 2018 at 1:30 p.m. to January 17, 2019 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: November 7, 2018                SETAREH LAW GROUP

By: */s/ Thomas Segal*
Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

Dated: November 7, 2018                MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
Robert Jon Hendricks
Andrew P. Frederick
Attorneys for Defendant
DELTA AIR LINES, INC.

### ORDER

Pursuant to the Parties' Stipulation, and for good cause appearing, the Court hereby grants the Parties' stipulation. The deadline for Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement shall be continued from November 8, 2018, to December 13, 2018, and the hearing on the Motion for Preliminary Approval shall be continued from December 13, 2018 at 1:30 p.m. to January 17, 2019 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  November 7, 2018

THE HONORABLE EDWARD M. CHEN
U.S. NORTHERN DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 100432034.2

2

STIP REGARDING PRELIMINARY
APPROVAL MOTION;
[PROPOSED] ORDER
(CASE NO. 3:18-cv-00382-EMC)