SETAREH LAW GROUP
Shaun Setareh, Bar No. 204514
shaun@setarehlaw.com
Thomas Segal, Bar No. 222791
thomas@setarehlaw.com
315 S. Beverly Dr., Suite 315
Beverly Hills, CA 90212
Tel:    +1.310.888.7771
Fax:   +1.310.888.0109

Attorneys for Plaintiff
JOSEPH L. SCHOFIELD

MORGAN, LEWIS & BOCKIUS LLP
Robert Jon Hendricks, SBN 179751
rj.hendricks@morganlewis.com
Maureen N. Beckley, SBN 316754
maureen.beckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, SBN 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00382-EMC<br><br>**ORDER CONTINUING PLAINTIFF'S DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND THE HEARING ON THE MOTION;**<br><br>Dept.:     Courtroom 5, 17th Floor<br>Judge:    Hon. Edward Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

ORDER
(CASE NO. 3:18-cv-00382-EMC)

## **ORDER**

Pursuant to the Parties' Stipulation, and for good cause appearing, the Court hereby grants the Parties' stipulation. The deadline for Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement shall be continued from December 13, 2018, to January 3, 2019, and the hearing on the Motion for Preliminary Approval shall be continued from January 17, 2019 at 1:30 p.m. to February 14, 2019 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 14, 2018            _____
                                    THE HONORABLE EDWARD M. CHEN
                                    U.S. NORTHERN DISTRICT COURT JUDGE