# EXHIBIT "1"

▲ Delta

## Fair Credit Reporting Act
## Consumer Disclosure and General Authorization

In connection with the review of my application for employment with Delta Air Lines, Inc. ("Delta"), I understand that a "consumer report" or an "investigative consumer report" about me, as those terms are defined in the federal Fair Credit Reporting Act, as amended, 15 U.S.C. §§ 1681 et seq. ("FCRA"), may be requested by Delta from a consumer reporting agency ("CRA"). I understand that Delta will not request such reports unless I am made a job offer or a conditional job offer. If no such offer is made, Delta will not be requesting such reports.

I further understand that a CRA must have my written consent before providing Delta with "consumer reports" or "investigative consumer reports" about me. Therefore, in order to allow Delta to obtain such reports, I give my voluntary consent for a CRA to release such reports to Delta, now, or at any time while I am being considered for employment by Delta or while I am employed by Delta. My signature below indicates my consent. This authorization does not include the release of my medical information. I understand, however, that giving my consent does not require Delta to hire me nor does it create any sort of contract, obligation or duty between me and Delta.

In general, I understand that an "investigative consumer report" is a special type of "consumer report" in which information about my character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates or with others, such as the references listed on my Delta application, with whom I am acquainted or who may have knowledge concerning any such items of information. In the event an "investigative consumer report" is obtained, I understand that I am entitled to receive a summary of my rights under the FCRA and I have the right to request additional disclosures about the nature and scope of the investigation requested. The summary and additional disclosures will only be made available upon my written request to Delta within a reasonable period of time after my receipt of this *Fair Credit Reporting Act Consumer Disclosure and General Authorization*. It is understood that this disclosure, if requested in writing, shall be made in writing mailed, or otherwise delivered, to me not later than five (5) days after the date on which the request for such disclosure was received from me or such report was first requested, whichever is later in time.

_____         05/06/14
Applicant Signature                                     Date of Signature

Joseph L. Schofield                                 Redacted -2250
Full Name Printed                                    Social Security Number

DEL_SCH 000092

0412-20393 FORM 7-00