# EXHIBIT "2"

# FAIR CREDIT REPORTING ACT CONSUMER DISCLOSURE AND AUTHORIZATION

**Facts You Need to Know:**

In connection with your relationship with ~_____ "Company" the Company may obtain a consumer report on you, as defined in the Federal Fair Credit Reporting Act, 15 U.S.C. 1681 *et seq*. It may be an "investigative consumer report" that includes information as to your character, general reputation, personal characteristics, and mode of living, whichever are applicable. If the Company obtains an investigative consumer report, you have the right to request disclosure of the nature and scope of the report, which involves personal interviews with sources such as your neighbors, friends, or associates.

The Company may not obtain any consumer report on you for employment purposes/medical staff privileges without your written consent. Also, the Company may not obtain medical information about you without your express consent to the release of medical information. Consent to the release of medical information, is *not* covered by the authorization contained in this document.

**State-specific consumer choices:**
Please see the next page for additional state-specific information.

- California – If you are a California resident or applying in the State of California, in addition to this disclosure/authorization, please review and complete the "Disclosure and Acknowledgement Concerning Consumer Credit Report or Investigative Consumer Report Obtained for Employment Purposes Pursuant to California Law."

- Minnesota – If you are a Minnesota resident or applying at a location within the State of Minnesota, you have a right to obtain a copy of the consumer report by checking this box. ☐

- Oklahoma – If you are an Oklahoma resident or applying at a location within the State of Oklahoma, you have a right to obtain a copy of the consumer report by checking this box. ☐

**Consent and General Authorization to Obtain Consumer Report**

I hereby authorize the Company, now or at any time while I am in a relationship with the Company, to obtain a consumer report, or an investigative consumer report, on me. This authorization does not authorize the release of medical information.

_____          _____
Applicant's Signature                                      Today's Date

_____
Applicant's Name Printed

1                                                                                 Rev. 8/27/2015

**STATE-SPECIFIC DISCLOSURES AND NOTIFICATIONS**

- Maine – If you are a Maine resident or applying for employment at a location within the State of Maine, you have five business days to request from the Company the name, address and telephone number of the nearest unit designated to handle inquiries of each consumer reporting agency issuing an investigative consumer report about you. You may request copies of any such investigative consumer reports from all such consumer reporting agencies.

- Maryland – If you are a Maryland resident or applying for employment at a location within the State of Maryland, you have the right to request additional disclosures from the Company regarding the nature and the scope of the requested investigation.

- Massachusetts – If you are a Massachusetts resident or applying for employment at a location within the State of Massachusetts, you have the right to request a copy of the investigative consumer report from the consumer reporting agency. The requested investigation on you will cover information as to your character, general reputation, personal characteristics, and mode of living, whichever are applicable. The consumer report obtained as part of this application for employment may contain public record information that is reported to ~._____

- Minnesota – If you are a Minnesota resident or applying for employment at a location within the State of Minnesota, you have the right to request additional disclosures from the consumer reporting agency regarding the nature and scope of the consumer report.

- New Jersey – If you are a New Jersey resident or applying for employment at a location within the State of New Jersey, you have the right to request a copy of the report from the consumer reporting agency. The requested investigation on you will cover information as to your character, general reputation, personal characteristics, and mode of living, whichever are applicable.

- New York – If you are a New York resident or applying for employment at a location within the State of New York, you have the right to send a written request to the Company for information on whether or not an investigative consumer report was requested, and if such report was requested, the name and address of the consumer reporting agency to whom the request was made.

- Rhode Island – If you are a Rhode Island resident or applying for employment at a location within the State of Rhode Island, the Company may request a credit report from a consumer reporting agency in connection with your application.

- Washington – If you are a Washington resident or applying for employment at a location within the State of Washington, you have the right to request from the Company additional disclosures of the nature and scope of the investigation requested and a written summary of consumer rights prepared under the laws of the State of Washington.

Rev. 8/27/2015