# EXHIBIT "5"

*[insert settlement administrator name & address information]*

Postal Service: Please do not mark barcode

Claimant ID: ((claimantda))
((claimantname))
((addr1)) ((addr2))
((city)) ((state)) ((zip))
((country))

**LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

*Joseph Schofield v. Delta Air Lines, Inc.*,
United States District Court for the Northern District of California
Case No. 3:18-cv-00382-EMC

*This notice is a summary. The full notice can be found online at [insert URL for settlement website]*

A settlement has been reached in the lawsuit referenced above which is pending in the United States District Court for the Northern District of California ("Court"). Who Is Included? You are part of this Settlement as a Class Member if, from October 17, 2012, through February 14, 2019, you were (a) employed by or applied to be employed by Delta; and (b) Delta procured a background check on you for employment purposes. If you were sent this Notice, it is because Delta's records indicate that you are a Settlement Class Member. In all cases, the question of Settlement Class membership will be determined based on Delta's records. If you are not certain whether you are a Settlement Class Member, you may contact the Settlement Administrator to find out. The Settlement Administrator's contact information is *[insert settlement administrator contact information]*.

**Summary of the Settlement**: The plaintiff in this case alleged that Delta used non-compliant background disclosure forms. claims which Delta denies. The Court has preliminarily approved a $2,300,000 Gross Settlement Fund (which also includes sums for settlement administration, Class Counsel's court-approved attorneys' fees and costs, and a court-approved class representative payment). As part of the Settlement, you will receive a payment and will be releasing all Released Claims, unless you opt out.

**Do I Have A Lawyer**? Yes. The Court has appointed Setareh Law Group as Class Counsel to represent the interests of you and other Class Members. You may hire your own attorney to advise you, but you will be responsible for paying that attorney's fees.

**What Should I Do**? You should get more information from the Settlement Administrator by calling the phone number provided or visiting the website provided and make a decision about what your legal rights are. Basically, as a Class Member, you have two options: (1) Do nothing. Each Class Member will receive a share of the Net Settlement Fund unless they exclude themselves from the class by timely submitting an "opt-out" notice. If you do not exclude yourself from the settlement and do not object to the settlement, then you are not required to take any action. You may simply wait until the Court grants final approval of the settlement at the Final Fairness and Approval Hearing, and you will be mailed your settlement check thereafter. In exchange for a settlement payment, you will be releasing all Released Claims in the Settlement, including any Fair Credit Reporting Act (FCRA) and related state law claims related to the allegedly non-compliant pre-authorization forms, including any adverse action claims. (2) You can opt out and be excluded from the Settlement. If you choose to be excluded from the Settlement, you will not receive any settlement payment or distribution, and you will not be bound by any judgment or other final disposition of the action. Your Opt-Out Request must be postmarked on or before *[insert 45-day exclusion deadline]*.

If you believe the proposed Settlement is unfair or inadequate in any respect, you may object to the Settlement by submitting a written objection to the Settlement Administrator at _____. The objection should be signed and include your name, address, telephone number, the case name and number, and the reasons why you believe the Settlement should not be approved. All objections must be postmarked no later than *[insert 45-day objection deadline]*. Even if you submit an objection, you will be bound by the terms of the Settlement, including applicable releases, unless the Settlement is not finally approved by the Court.

**Scheduled Hearing**: The U.S. District Court for the Northern District of California located in the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, will conduct a hearing on whether to approve the Settlement and, if so, will determine what fees and expenses should be awarded to Class Counsel and whether a service payment should be awarded to the Class Representative. The hearing is presently scheduled for _____, Courtroom 5, 17th Floor, Honorable Edward M. Chen presiding but may be changed. Any Class Member may enter an appearance with the Court through an attorney.

For more information, contact the Settlement Administrator at *[insert phone number]*, or write to *[insert settlement administrator address] or visit [insert URL for settlement website]*.