# EXHIBIT "1"

1:26 PM
05/06/19
Accrual Basis

Case 3:18-cv-00382-EMC Doc. Sheet 473-1 Filed 05/24/19   Page 2 of 3

Law Office of Shaun Setareh, APC
## Find Report
### All Transactions

| Date | Name | Memo | Account | Amount |
|---|---|---|---|---|
| 03/31/2019 | PACER | Inv.# 2957234-Q12019 | Delta Air Lines, Inc FCRA | 21.00 |
| 02/28/2019 | Thomson Reuters-West | 44.17 | Delta Air Lines, Inc FCRA | 1,757.00 |
| 02/14/2019 | Taxi Ride | | Delta Air Lines, Inc FCRA | 91.37 |
| 02/14/2019 | FedEx | | Delta Air Lines, Inc FCRA | 2.87 |
| 02/14/2019 | FedEx | | Delta Air Lines, Inc FCRA | 75.53 |
| 02/14/2019 | Bob Hope | | Delta Air Lines, Inc FCRA | 32.00 |
| 02/08/2019 | Southwest Air | Conf# RWL93B, Thomas Segal, 2/14/19 | Delta Air Lines, Inc FCRA | 189.00 |
| 02/08/2019 | Southwest Air | Conf# RWL93B, Thomas Segal, 2/14/19 | Delta Air Lines, Inc FCRA | 216.96 |
| 02/08/2019 | Southwest Air | Conf# RWL93B, Thomas Segal, 2/14/19 | Delta Air Lines, Inc FCRA | 40.01 |
| 01/31/2019 | Thomson Reuters-West | 870 | Delta Air Lines, Inc FCRA | 15.62 |
| 12/31/2018 | PACER | | Delta Air Lines, Inc FCRA | 6.10 |
| 12/31/2018 | Thomson Reuters-West | Inv.# 839538786, 12/1/18-12/31/18 | Delta Air Lines, Inc FCRA | 159.00 |
| 12/12/2018 | | Postage | Delta Air Lines, Inc FCRA | 10.34 |
| 10/31/2018 | Thomson Reuters-West | Inv.# 839183501, 10/1/18-10/31/18 | Delta Air Lines, Inc FCRA | 412.00 |
| 09/30/2018 | Thomson Reuters-West | Inv.# 839015372, 9/1/18-9/30/18 | Delta Air Lines, Inc FCRA | 103.00 |
| 09/30/2018 | PACER | | Delta Air Lines, Inc FCRA | 7.20 |
| 08/31/2018 | Thomson Reuters-West | Inv.# 838836054, 8/1/18-8/31/18 | Delta Air Lines, Inc FCRA | 365.00 |
| 08/24/2018 | Thomas A Segal | 8/16/18 | Delta Air Lines, Inc FCRA | 55.84 |
| 08/23/2018 | One Legal LLC | Sales Order # 12244925, Case# 3:18-CV-00382 | Delta Air Lines, Inc FCRA | 30.00 |
| 08/18/2018 | Uber Technologie | | Delta Air Lines, Inc FCRA | 1.00 |
| 08/17/2018 | Uber Technologie | | Delta Air Lines, Inc FCRA | 6.42 |
| 08/16/2018 | Uber Technologie | | Delta Air Lines, Inc FCRA | 13.23 |
| 08/16/2018 | Uber Technologie | | Delta Air Lines, Inc FCRA | 1.00 |
| 08/15/2018 | SuperShuttleExe | Joseph Schofield | Delta Air Lines, Inc FCRA | 30.68 |
| 08/13/2018 | Southwest Air | Conf# NEB4H4, Joseph Schofield, 8/16/18 | Delta Air Lines, Inc FCRA | 449.96 |
| 07/30/2018 | Barkley Court Reporters | Inv.# 522562, Case # 3:18-CV-00382 | Delta Air Lines, Inc FCRA | 1,008.20 |
| 07/18/2018 | Uber Technologie | | Delta Air Lines, Inc FCRA | 40.41 |
| 07/18/2018 | Uber Technologie | | Delta Air Lines, Inc FCRA | 45.88 |
| 07/17/2018 | LAX Airport Lot | | Delta Air Lines, Inc FCRA | 30.00 |
| 07/17/2018 | Peets Coffee/Tea | | Delta Air Lines, Inc FCRA | 4.05 |
| 07/17/2018 | San Francisco Soup Company | | Delta Air Lines, Inc FCRA | 22.88 |
| 07/13/2018 | Southwest Air | Conf# R52TLS, Chaim Setareh, 7/17/18 | Delta Air Lines, Inc FCRA | 335.96 |

# Law Office of Shaun Setareh, APC
## Find Report
### All Transactions

| Date | Name | Memo | Account | Amount |
|---|---|---|---|---|
| 06/30/2018 | PACER | 2nd Qtr., Inv.# 2957234-Q22018 | Delta Air Lines, Inc FCRA | 1.30 |
| 05/23/2018 | Steven Rottman, PC | Inv.#2858; Delta Air Lines, Inc FCRA | Delta Air Lines, Inc FCRA | 6,250.00 |
| 03/31/2018 | PACER | 1st Qtr., Inv.# 2957234-Q12018 | Delta Air Lines, Inc FCRA | 2.00 |
| 12/19/2017 | One Legal LLC | Sales Order # 11596316, Case# CGC-17-561932 | Delta Air Lines, Inc FCRA | 39.95 |
| 11/06/2017 | File and Serve Express | Inv.# 201710695799301, case # CGC-17-561932 | Delta Air Lines, Inc FCRA | 1,557.70 |
| Total | | | | **13,430.46** |