| | |
|---|---|
| 1 | SHAUN SETAREH, BAR NO. 204514 |
| 2 | THOMAS SEGAL, BAR NO. 222791 |
| | **SETAREH LAW GROUP** |
| 3 | 9454 Wilshire Boulevard, Suite 907 |
| | Beverly Hills, CA 90212 |
| 4 | Telephone:  (310) 888-7771 |
| | Facsimile:  (310) 888-0109 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| 7 | ROBERT JON HENDRICKS, SBN 179751 |
| | MAUREEN N. BECKLEY, SBN 316754 |
| 8 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Market, Spear Street Tower |
| 9 | San Francisco, CA 94105-1596 |
| 10 | Telephone:  (415) 442-1000 |
| | Facsimile:  (415) 442-1001 |
| 11 | |
| 12 | ANDREW P. FREDERICK, SBN 284832 |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| 13 | 1400 Page Mill Road |
| | Palo Alto, CA 94304 |
| 14 | Telephone:  (650) 843-4000 |
| | Facsimile:  (650) 843-4001 |
| 15 | |
| 16 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH L. SCHOFIELD, on behalf of himself, all others similarly situated, | ) ) ) | Case No. 3:18-cv-00382-EMC |
| Plaintiff, | ) ) ) | **DECLARATION OF AMANDA MYETTE FOR RUST CONSULTING, INC.** |
| v. | ) ) | |
| DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

DECLARATION OF AMANDA MYETTE FOR RUST CONSULTING, INC.

I, Amanda Myette, declare as follows:

1. I am a Senior Project Manager for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 900, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2022. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 6,000 cases. Of these, approximately 3,000 were Labor & Employment cases.

3. Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Joseph Schofield v. Delta Air Lines, Inc.* Settlement ("Settlement"). Duties included: a) preparing, printing and mailing of the *Legal Notice by Order of the United States District Court for the Northern District of California* (" Postcard Notice"), and *Notice of Class Action Settlement ("*Long Form Notice*")* (collectively known as the "Class Notice"); b) tracking of written exclusion requests, objections and disputes; c) drafting and mailing Settlement Payment checks; d) arrange for the creation and maintenance of a publicly available website and e) for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. Rust obtained a mailing address of Schofield v. Delta Air Lines, Inc. Settlement Administrator, c/o Rust Consulting, Inc. - 6483, PO Box 54, Minneapolis, Minnesota 55440-0054 to receive written exclusion requests, objections, disputes, undeliverable Class Notices and other communications regarding the Settlement.

5. Rust obtained a toll-free telephone number of (855) 263-3446 for Class Members to call with questions regarding the Settlement. The toll-free telephone number was included in the Class Notice.

DECLARATION OF AMANDA MYETTE FOR RUST CONSULTING, INC.

6. Rust obtained a website address of www.DeltaFCRASettlement.com and set up a website for the Settlement.  The website included the Class Notice, Preliminary Approval Order, Settlement Agreement, and Order Granting Stipulation re:  Settlement Notice Timeline for viewing, downloading and/or printing and additional information about the Settlement.  The website address was included in the Class Notice.

7. On or about February 21, 2019, Rust received text for the Notice from Counsel.  A draft of the formatted Class Notice was prepared by Rust and approved by the Parties.  Attached as Exhibit A is a copy of the final Class Notice.

8. On or about April 17, 2019, Counsel for the Defendants provided Rust with a mailing list containing Class Member's names, last known addresses, Social Security Numbers and applicable employment information ("Class List").  The Class List contained data for 40,042 potential Class Members.

9. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service.  The NCOA contains requested changes of address filed with the U.S. Postal Service.  In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

10. On April 26, 2019, Class Notices were mailed to 40,042 Class Members contained in the Class List via First Class mail.  The Class Notice advised Class Members that they could submit a written exclusion request, objection and/or dispute postmarked by June 10, 2019.

11.  Rust performed 1,891 address traces on Class Notices returned as undeliverable for the first time as of June 10, 2019.  The address trace utilizes the Class Member's name, previous address and Social Security Number for locating a current address.  Of the 1,891 traces performed, 1,589 more current addresses were obtained and Class Notices were promptly re-mailed to those Class Members via First Class mail.  Of the 1,893 traces performed, Rust did not obtain updated addresses for 302 undeliverable Class Notices.  Of the 1,589 Class Notices mailed to a more current address identified from trace, zero (0) Class Notices were returned to Rust as undeliverable a second time.  As of this date, 302 Class Notices remain undeliverable.

DECLARATION OF AMANDA MYETTE FOR RUST CONSULTING, INC.

12. 451 Class Notices were returned by the Post Office with forwarding addresses attached as of June 10, 2019. Rust promptly re-mailed Class Notices to those Class Members via First Class mail.

13. As of this date, zero (0) Class Members disputed the employment information provided by the Defendant.

14. As of this date, Rust received 14 written exclusion requests.

15. As of this date, Rust received zero (0) objections.

16. As of this date, the average award amount for each Class Member is $34.60.

17. The total cost for the administration of this Settlement, including fees incurred and future costs for completion of the administration is estimated to be $70,000.

18. I declare under penalty of perjury that the above is true and correct to the best of my knowledge and that this Declaration was executed this 23rd day of May 2019, at Minneapolis, MN.

_____
AMANDA MYETTE